IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PRISCILLA PINEDA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:21-00089-JB-N |
| | ) |
| MARLOWE ELECTRIC, LLC, et al, | ) |
| | ) |
| Defendants. | ) |

## ORDER ON STIPULATED JUDGMENT

In accordance with the Court's Order (Doc. 19) approving settlement of Plaintiff's claims under the Fair Labor Standards Act ("FLSA"), claims filed pursuant to 42 U.S.C. Section 1981, and common law claims for unjust enrichment and breach of contract, it is **ORDERED, ADJUDGED,** and **DECREED** that, in accordance with the agreement of the parties, **STIPULATED JUDGMENT** is hereby entered, such that Plaintiff's claims against Defendants Marlowe Electric, LLC and James Walters (individually) are **DISMISSED** with prejudice. Plaintiff shall recover from Defendants $15,000.00, whereby $1,890.00 represents backpay damages owed to be taxed as wages earned for the period of March 2019 - December 2019 when Plaintiff was employed by Defendants, and $13,110 in liquidated, compensatory, and Section 1981 damages owed for her remaining claims. The amounts are set forth in Docs. 18 and 19, which present the methodology for determining the settlement amounts as well as an explanation of the *bona fide* compromise.

Defendants agree that Plaintiff is entitled to recover reasonable attorney's fees and costs for handling Plaintiff's FLSA claim. The parties agree Plaintiff's attorney's fees and costs shall be paid only from the compensatory and liquidated damages portion of the settlement.

All payments are jointly and severally owed by Marlowe Electric, LLC and James Walters (individually). By agreement of the parties, the payments are to be made over several installments, the last of which is July 30, 2022.

Accordingly, it is **ORDERED** that all claims in the above-styled action are hereby **DISMISSED with prejudice** from the active docket of this Court, subject to the right of any party to move to reinstate this action on or before August 15, 2022 should the settlement agreement not be consummated. As such, all other pending deadlines are **CANCELED**.

No further order shall be forthcoming from the Court except upon motion by a party for entry of a final judgment as prescribed by Federal Rule of Civil Procedure 58. Provided no party moves to reinstate this action, the stipulated judgment, as prescribed by Rule 58, shall be deemed as entered on the July 30, 2022.

**DONE and ORDERED** this 27th day of June, 2022.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE